IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff(s)

PATTI ALFIERI

Civil Case No. 1:17-cv-03517

---

## SHORT FORM COMPLAINT
---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   PATTI ALFIERI

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   NEVADA

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    NEVADA

6. Plaintiff's/Deceased Party's current state of residence:

    NEVADA

7. District Court and Division in which venue would be proper absent direct filing:

    DISTRICT OF NEVADA

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical, LLC

    ☒ William Cook Europe APS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    6 - 28

    b. Other allegations of jurisdiction and venue:

    N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check products implanted in Plaintiff):

    ☒ Gunther Tulip® Vena Cava Filter
    ☐ Cook Celect® Vena Cava Filter
    ☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of implantation as to each product:

   1/16/2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

   UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA
   1800 W. CHARLESTON BLVD.
   LAS VEGAS, NV 89102

13. Implanting Physician(s):

   PAUL BRANDT, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒ Count I:     Strict Products Liability - Failure to Warn
   ☒ Count II:    Strict Products Liability - Design Defect
   ☒ Count III:   Negligence
   ☒ Count IV:    Negligence *Per Se*
   ☒ Count V:     Breach of Express Warranty
   ☒ Count VI:    Breach of Implied Warranty
   ☒ Count VII:   Violations of Applicable Nevada Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
   ☐ Count VIII:  Loss of Consortium
   ☐ Count IX:    Wrongful Death
   ☐ Count X:     Survival
   ☒ Count XI:    Punitive Damages
   ☐ Other:       _____ (please state the facts supporting this Count in the space, immediately below)
   ☐ Other:       _____ (please state the facts supporting this Count in the space, immediately below)

3

15. Attorney for Plaintiff(s):

    <u>Matthew D. Schultz</u>

16. Address and bar information for Attorney for Plaintiff(s):

    Matthew D. Schultz, Florida Bar No. 640328
    Levin, Papantonio, Thomas, Mitchell,
    Rafferty & Proctor, P.A.
    316 South Baylen Street, Suite 600
    Pensacola, Florida 32502

**WHEREFORE**, Plaintiff(s) pray(s) for relief as set forth in the Master Complaint filed in MDL No. 2570.

Dated: <u>10/02/2017</u>

Respectfully submitted,

<u>/s/ Matthew D. Schultz</u>
Matthew D. Schultz, FL Bar #640328
**Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7140 (telephone)
(850) 436-7020 (facsimile)
mschultz@levinlaw.com

*Attorneys for Plaintiff*