**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Cause No. 1:17-cv-03455 | Cause No. 1:17-cv-03733 |
| Cause No. 1:17-cv-03459 | Cause No. 1:17-cv-03735 |
| Cause No. 1:17-cv-03484 | Cause No. 1:17-cv-03741 |
| Cause No. 1:17-cv-03517 | Cause No. 1:17-cv-03743 |
| Cause No. 1:17-cv-03695 | Cause No. 1:17-cv-03744 |
| Cause No. 1:17-cv-03696 | Cause No. 1:17-cv-03745 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:      November 15, 2017      /s/ John T. Schlafer
    Andrea Roberts Pierson (# 18435-49)
    John T. Schlafer (# 28771-49)
    FAEGRE BAKER DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    E-Mail: andrea.pierson@faegrebd.com
    E-Mail: john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John T. Schlafer